NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
EANET, PC
Matthew Eanet (SBN 227490)
Iris E. Salem (SBN 302132)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone:310-775-2495
Facsimile:310-593-2589
matt@eanetpc.com
iris@eanetpc.com
ATTORNEY(S) FOR:  Defendant: THE HARTFORD GOLD GROUP, LLC

**CLEAR FORM**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THOMAS MCDOUGALL, individually and on behalf of all others similarly situated | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-03912-JAK (BFMx) |
| v. | |
| THE HARTFORD GOLD GROUP, LLC | **CERTIFICATION  AND  NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   THE HARTFORD GOLD GROUP, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| THE HARTFORD GOLD GROUP, LLC | Party |

7/6/23                                            
Date                                             Signature

Attorney of record for (or name of party appearing in pro per):

Mathew Eanet

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**